UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., <br> Plaintiff, <br> v. <br> SILERGY CORPORATION, et al., <br> Defendants. | Case No. 14-cv-01745-VC <br><br> **ORDER** |

This case was recently transferred from the Central District of California. The transferring court continued the deadline for Defendants Silergy Corp. and Compal Electronics to respond to the complaint, but did not provide a new deadline, so that this Court could set one once the transfer was completed. (Docket No. 65). Accordingly, the deadline for Silergy Corp. and Compal Electronics to answer or otherwise respond to the complaint is **June 10, 2014**.

In addition, the motion to dismiss filed by Defendants Bizcom Electronics, Inc. and Silergy Technology will be heard on **July 3, 2014** at **1:30 p.m.** in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Plaintiff Monolithic Power Systems, Inc. is directed to serve a copy of this Order on Silergy Corp. and Compal Electronics.

**IT IS SO ORDERED.**

Dated: May 20, 2014

VINCE CHHABRIA
United States District Judge