MORGAN, LEWIS & BOCKIUS LLP
ANDREW J. GRAY IV (SBN 202137)
agray@morganlewis.com
COREY R. HOUMAND (SBN 268366)
choumand@morganlewis.com
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Telephone:  650-843-4000
Fax:          650-843-4001

Attorneys for Defendants SILERGY
CORPORATION, SILERGY TECHNOLOGY,
COMPAL ELECTRONICS, INC. AND
BIZCOM ELECTRONICS, INC.

John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Michael J. Engle, Bar No. 259476
MEngle@perkinscoie.com
John D. Esterhay, Bar No. 282330
JEsterhay@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130-2594
Telephone:  858.720.5700
Facsimile:  858.720.5799

Attorneys for Plaintiff
MONOLITHIC POWER SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., <br> Plaintiff, <br><br> vs. <br><br> SILERGY CORPORATION, SILERGY TECHNOLOGY, COMPAL ELECTRONICS, INC., and BIZCOM ELECTRONICS, INC., <br><br> Defendants. | Case No. 3:14-cv-01745-VC <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS SILERGY TECHNOLOGY AND BIZCOM ELECTRONICS, INC.'S MOTION TO DISMISS AND THE INITIAL CASE MANAGEMENT CONFERENCE** AS MODIFIED <br><br> Judge:  Hon. Vince Chhabria <br> Ctrm:   Courtroom 4, 17th Floor <br><br> Complaint filed November 1, 2013 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

CASE NO. 3:14-CV-01745-VC
STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING DATE AND INITIAL CMC

1    Pursuant to Civil L.R. 6-2, Plaintiff Monolithic Power Systems, Inc. ("Plaintiff") and
2    Defendants Silergy Corporation, Silergy Technology, Compal Electronics, Inc., and Bizcom
3    Electronics, Inc. (collectively, "Defendants," and together with Plaintiff, "the Parties"), hereby
4    stipulate as follows:
5    *Whereas*, this Court entered an Order on May 16, 2014, scheduling the Initial Case
6    Management Conference in this case for July 25, 2014 at 10:30 a.m. (Dkt. No. 75);
7    *Whereas*, this Court entered an Order on May 20, 2015, setting the hearing on the Motion
8    to Dismiss filed by Silergy Technology and Bizcom Electronics, Inc. for July 3, 2014 at 1:30 p.m.
9    (Dkt. No. 77), which the Court subsequently rescheduled to 10:00 a.m. on that same date (Dkt.
10   No. 83);
11   *Whereas*, trial counsel for the Defendants will be unable to attend the July 3, 2014 hearing
12   on Silergy Technology and Bizcom Electronics, Inc.'s Motion to Dismiss and the July 25, 2014
13   Initial Case Management Conference due to scheduling conflicts preceding the entry of the
14   above-mentioned Orders;
15   *Whereas*, the Defendants have met and conferred with Plaintiff, and the Parties have
16   agreed to reschedule the hearing on Silergy Technology and Bizcom Electronics, Inc.'s Motion to
17   Dismiss to Thursday, July 10, 2014, at 10:00 a.m.;
18   *Whereas*, the Parties have also agreed to reschedule the Initial Case Management
19   Conference to Tuesday, August 5, 2014, at 10:00 a.m.;
20   *Whereas*, the Parties agree that rescheduling the hearing on Silergy Technology and
21   Bizcom Electronics, Inc.'s Motion to Dismiss and the Initial Case Management Conference
22   would lead to a more efficient use of judicial resources and orderly management and scheduling
23   of this case, and do not anticipate that the rescheduling of these two events will affect any other
24   deadline set by the Court;
25   *Whereas*, the case has had one prior modification when Judge Michael Fitzgerald stayed
26   the deadline for Silergy Corporation and Compal Electronics, Inc. to respond to the Complaint
27   while the case was being transferred to the Northern District of California at the Defendants'
28   request.  No other time modifications have been requested by the Parties or entered by this Court:

1  NOW THEREFORE, the Parties hereby stipulate that:

2  • The hearing on Silergy Technology and Bizcom Electronics, Inc.'s Motion to Dismiss is

3  rescheduled to ~~Thursday, July 10, 2014, at 10:00 a.m.~~; Thursday, August 7, 2014 at

4  • The Initial Case Management Conference is rescheduled to ~~Tuesday, August 5, 2014 at~~

5  10:00 a.m.;

6  • The Parties are to file a Joint Case Management Statement by July ~~29~~ 31, 2014.

7

8  Dated: June 16, 2014                    Respectfully submitted,

9                                          MORGAN, LEWIS & BOCKIUS LLP

10

11                                         By /s/ Andrew J. Gray IV
                                              ANDREW J. GRAY IV
12                                            Attorney for Defendants
                                              SILERGY CORPORATION, SILERGY
13                                            TECHNOLOGY, COMPAL
                                              ELECTRONICS, INC., and BIZCOM
14                                            ELECTRONICS, INC.

15  Dated: June 16, 2014                   PERKINS COIE LLP

16

17                                         By /s/ Thomas N. Millikan
                                              THOMAS N. MILLIKAN
18                                            Attorney for Plaintiff MONOLITHIC
                                              POWER SYSTEMS, INC.
19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that Thomas N. Millikan has concurred in the filing of this document.

Dated: June 16, 2014                                    MORGAN, LEWIS & BOCKIUS LLP

By /s/ Andrew J. Gray IV
ANDREW J. GRAY IV
Attorneys for Defendants
SILERGY CORPORATION, SILERGY TECHNOLOGY, COMPAL ELECTRONICS, INC., and BIZCOM ELECTRONICS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 20, 2014

The Hon. _____
UNITED STATES _____

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria