John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130-2594
Telephone:  858.720.5700
Facsimile:  858.720.5799

Attorneys for Plaintiff
Monolithic Power Systems, Inc.

Andrew J. Gray, IV
agray@morganlewis.com
Corey R. Houmand
choumand@morganlewis.com
David L. Simson
dsimson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2121
Telephone: (650) 843-4000
Facsimile: (650) 843-4001

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SILERGY CORPORATION, SILERGY TECHNOLOGY, COMPAL ELECTRONICS, INC., BIZCOM ELECTRONICS, INC., and DR. WEI CHEN,<br><br>Defendants. | Case No. 14-cv-01745-VC<br><br>**STIPULATED [PROPOSED] SCHEDULING ORDER** AS MODIFIED |

Pursuant to the Court's March 3, 2015 Minute Entry Order (D.I. 113), Plaintiff Monolithic Power Systems, Inc. ("MPS") and Defendants Silergy Corporation, Silergy Technology (collectively, "Silergy"), Compal Electronics, Inc., and Bizcom Electronics, Inc. (collectively, "Compal") jointly submit and respectfully request that the Court enter the following deadlines for the remainder of the case:

| | Event | Date |
|---|---|---|
| a. | Parties Make Initial Disclosures<br>Fed. R. Civ. P. 26(a)(1)(C) | March 4, 2015 |
| b. | Disclosure of Asserted Claims and Infringement Contentions<br>(Patent L.R. 3-1, 3-2) | March 17, 2015 |
| c. | Invalidity Contentions<br>(Patent L.R. 3-3, 3-4) | 45 days after service of Infringement Contentions<br><br>May 1, 2015 |
| d. | Exchange of Proposed Terms and Claim Elements for Construction<br>(Patent L.R. 4-1) | 14 days after service of Invalidity Contentions<br><br>May 15, 2015 |
| e. | Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | 21 days after exchange of proposed terms and claim elements<br><br>June 5, 2015 |
| f. | Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | 60 days after service of Invalidity Contentions<br><br>June 30, 2015 |
| g. | Completion of Claim Construction Discovery (Patent L.R. 4-4) | 30 days after service and filing of Joint Claim Construction and Prehearing Statement<br><br>July 30, 2015 |
| h. | Claim Construction Briefing (Patent L.R. 4-5);<br>Claim Construction Hearing (Patent L.R. 4-6); | *Off calendar per Judge Chhabria's Civil Standing Order No. 27* |
| i. | Disclosure of Advice of Counsel | September 11, 2015 |
| j. | Close of Fact Discovery | October 30, 2015 |

STIPULATED [PROPOSED] SCHEDULING ORDER
Case No. 14-cv-01745-VC

LEGAL125210734.1

| | Event | Date |
|---|---|---|
| k. | Parties With Burden of Proof Designate Expert Witnesses and Serve Expert Reports | October 16, 2015 (designate) |
| | | November 12, 2015 (reports) |
| l. | Parties Designate Rebuttal Expert Witnesses and Serve Expert Reports | November 16, 2015 (designate) |
| | | December 11, 2015 (reports) |
| m. | Close of Expert Discovery | January 15, 2016 |
| n. | Last Day to File Dispositive Motions, Including Any Motions Addressing *Daubert* Issues | February 16, 2016 |
| o. | Hearing On Dispositive and *Daubert* Motions | ~~April 14, 2016~~ April 13, 2016, 10:00 a.m. |
| p. | Last Day to Meet and Confer Regarding Pre-Trial Filings | 28 days before final pretrial conference |
| q. | Pretrial Filings Due | 10 days before final pretrial conference |
| r. | Final Pretrial Conference | June 27, 2016 |
| s. | Jury Selection For Trial | July 13, 2016 |
| t. | Trial Begins | July 18, 2016 |

DATED:  March 10, 2015

**PERKINS COIE LLP**

By:  _/s/ John D. Esterhay_

John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Kevin J. Patariu, Bar No. 256755
KPatariu@perkinscoie.com
John D. Esterhay, Bar No. 282330
JEsterhay@perkinscoie.com

Attorneys for Plaintiff
Monolithic Power Systems, Inc.

LEGAL125210734.1

1  DATED:  March 10, 2015                    **MORGAN, LEWIS & BOCKIUS LLP**

2                                            By: _/s/Andrew J. Gray, IV_____
                                                 Andrew J. Gray, IV
3                                                agray@morganlewis.com
                                                 Corey R Houmand
4                                                choumand@morganlewis.com
                                                 David L. Simson
5                                                dsimson@morganlewis.com

6                                                Attorneys for Defendants

7

8                              **FILER'S ATTESTATION**

9          Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, John D. Esterhay, attest that

10  concurrence in the filing of this document has been obtained from each of the other signatories.  I

11  declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct.  Executed March 10, 2015, at San Diego, California.

13

14                                          _/s/    John D. Esterhay_____
                                                 John D. Esterhay

15

16

17

18                          **SCHEDULING ORDER**  AS MODIFIED

19          The Stipulated Scheduling Order is hereby adopted by the Court and the parties are ordered

20  to comply with this Order.

21

22  Dated: __March 11___, 2015          _____

23                                       IT IS SO ORDERED  HABRIA
                                         UNITED STATES DISTRICT JUDGE  AS MODIFIED
24

25                                       Judge Vince Chhabria

26

27

28

                                          3      STIPULATED [PROPOSED] SCHEDULING ORDER
                                                 Case No. 14-cv-01745-VC