UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONOLITHIC POWER SYSTEMS, INC.,

    Plaintiff,

v.

SILERGY CORPORATION, et al.,

    Defendants.

Case No. 14-cv-01745-VC

**ORDER RE MOTION TO STAY**

The Court is tentatively inclined to deny the defendants' motion to stay, but will hear argument on it at the same time as the hearing on the defendants' motion to dismiss. Accordingly, the motion to stay hearing scheduled for April 30, 2015 is carried over until May 14, 2015 at 10 a.m.

**IT IS SO ORDERED.**

Dated: April 27, 2015

VINCE CHHABRIA
United States District Judge