UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SILERGY CORPORATION, et al.,<br><br>Defendants. | Case No. 14-cv-01745-VC  (KAW)<br><br>**ORDER TERMINATING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S INFRINGEMENT CONTENTIONS AND ORDERING PARTIES TO MEET AND CONFER**<br><br>Re: Dkt. No. 138 |

On May 14, 2015, Defendants filed a motion to strike Plaintiff Monolithic Power Systems, Inc.'s March 17, 2015 infringement contentions on the grounds that they fail to comply with Patent Local Rule 3-1. (Defs.' Mot., Dkt. No. 138 at 2.) On May 15, 2015, the pending motion and all discovery matters were referred to the undersigned. (Dkt. No. 139.)

Pursuant to the undersigned's standing order, discovery motions between the parties will not be entertained, and any disputes must be addressed by joint letter. (Judge Westmore's Standing Order ¶ 13.)

To assist the parties in their meet and confer efforts, the Court performed a cursory review of the infringement contentions and they do not appear to comply with Patent Local Rule 3-1.  For example, Plaintiff cannot incorporate pictures in lieu of explanatory text nor is it appropriate to simply parrot claim language, because that is insufficient to put Defendants on reasonable notice of Plaintiff's theories of infringement. *See Shared Memory Graphic LLC v. Apple, Inc.*, 812 F. Supp. 2d 1022, 1025 (N.D. Cal. 2010).  Indeed, since the infringement contentions replace other discovery devices in an attempt to streamline the discovery process, the degree of specificity must be sufficient to provide reasonable notice to the defendant why the plaintiff believes it has a reasonable chance of proving infringement and raise a reasonable inference that all accused

products infringe. *Id.* at 1025.

Accordingly, the Court TERMINATES the pending motion and orders the parties to further meet and confer in attempt to resolve the dispute without court intervention. Should the parties be unable to resolve this dispute informally, they shall file a joint letter that comports with the standing order.

IT IS SO ORDERED.

Dated: May 28, 2015

KANDIS A. WESTMORE
United States Magistrate Judge