UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONOLITHIC POWER SYSTEMS, INC.,

Plaintiff,

v.

SILERGY CORPORATION, et al.,

Defendants.

Case No. 14-cv-01745-VC

**ORDER RE MOTION TO DISMISS**

Docket No. 164

The motion to dismiss the willfulness claims with respect to the '758 and '899 patents is denied as moot. The parties agree that, as of now, under the Court's prior order from June 18, 2015, the allegations in the complaint do not state a claim for willful infringement with respect to these two patents, either for the pre-suit or post-suit time period.

The motion to dismiss hearing scheduled for August 27, 2015 is vacated.

**IT IS SO ORDERED.**

Dated: August 24, 2015

_____
VINCE CHHABRIA
United States District Judge