1

2

3

4                            UNITED STATES DISTRICT COURT

5                           NORTHERN DISTRICT OF CALIFORNIA

6

7    MONOLITHIC POWER SYSTEMS, INC.,              Case No.  14-cv-01745-VC   (KAW)

          Plaintiff,
8                                                 ORDER REGARDING 7/7/2015 JOINT
                                                  DISCOVERY LETTER
9            v.
                                                  Re: Dkt. No. 163
10   SILERGY CORPORATION, et al.,

          Defendants.
11

12

13          On July 7, 2015, the parties filed a joint discovery letter regarding "lifting the stay of

14   discovery imposed by the Court (Dkt. No. 153)" in light of Plaintiff's amended infringement

15   contentions. (7/7/15 Joint Letter, Dkt. No. 163.)  As an initial matter, the undersigned never stayed

16   discovery, so the parties are misinterpreting the Court's prior order.  Rather, the Court merely

17   noted that, upon a cursory review, Plaintiff's infringement contentions were deficient and that

18   "[c]ourts in this district generally do not order defendants to proceed with discovery in patent

19   cases until the plaintiff provides infringement contentions that comply with Patent L.R. 3-1." (Dkt.

20   No. 153 at 1.)

21          Thereafter, Plaintiff amended its infringement contentions, but did not seek leave of court

22   in violation of Patent Local Rule 3-6.  As a result, the amended infringement contentions must be

23   stricken.  The Court is confident, however, that the parties can successfully meet and confer and

24   file a stipulation for court approval of the amended infringement contentions.  If the parties are

25   unable to stipulate, Plaintiff must seek leave of court as required by Patent Local Rule 3-6.

26          Plaintiff seeks to conduct discovery on its breach of contract claim.  This claim, however,

27   is inextricably intertwined with its allegations of infringement, as infringement is the alleged

28   breach of the prior settlement agreement.  Therefore, discovery regarding the breach of contract

United States District Court
Northern District of California

1    claim cannot proceed in the absence of properly amended infringement contentions, and Plaintiff's

2    request is DENIED.

3           The parties are again reminded that all future joint letters must comply with the Court's

4    standing order, including the provision that "a separate joint letter [be filed] for each discovery

5    dispute (i.e. if the parties have disputes regarding specific interrogatories and requests for

6    production, they must file two letters)." (Standing Order for Magistrate Judge Kandis A.

7    Westmore ¶ 13.)

8           IT IS SO ORDERED.

9    Dated: August 26, 2015

10                                                                    _____
                                                                     KANDIS A. WESTMORE
11                                                                   United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2