UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONOLITHIC POWER SYSTEMS, INC.,

Plaintiff,

v.

SILERGY CORPORATION, et al.,

Defendants.

Case No.  14-cv-01745-VC   (KAW)

**ORDER REGARDING 10/2/2015 JOINT LETTER CONCERNING SALES INFORMATION**

Re: Dkt. No. 190

On October 2, 2015, the parties filed a joint letter, in which Plaintiff seeks to compel supplemental responses to Request for Production No. 40 to Silergy and No. 33 to Compal. (10/2/15 Joint Letter, "Joint Letter," Dkt. No. 190.)

Upon review of the joint letter, the Court deems this matter suitable for disposition without oral argument pursuant to Civil L.R. 7-1(b), and GRANTS IN PART AND DENIES IN PART Plaintiff's request to compel supplemental discovery responses.

## I.    DISCUSSION

Request No. 40 to Silergy seeks "[a]ll documents referring or relating to communications with Silergy's customers (direct or indirect) or suppliers concerning the Silergy Step-Down Regulators." (Dkt. No. 147-1 at 50.)  Request No. 33 to Compal seeks "[a]ll documents referring or relating to communications with Compal's suppliers including, without limitation, Silergy or Compal's customers concerning the Compal products incorporating one or more Step-Down Regulators." (Dkt. No. 147-2 at 22.)

Plaintiff contends that these requests seek the production of shipping documents, including invoices and purchase orders, to determine the location of the sales and whether a product was imported into the United States. (Joint Letter at 1-2.)  The requests as propounded, however, do

1    not specifically request such information.  Instead, they ask for all communications with

2    costumers and suppliers.  Thus, they are overbroad.

3            During the parties' meet and confer efforts, in lieu of the shipping documents, Defendants

4    offered to provide summary sales data extracted from its financial system that tracks sales to

5    customers, including the customer locations to which sales are billed or shipped. (Joint Letter at

6    5.)  This is fair, and Defendants are ordered to do so.  If Plaintiff wants the shipping documents

7    themselves, it needs to propound a request for production seeking same prior to the close of fact

8    discovery.

9                                    **II.    CONCLUSION**

10           In light of the foregoing, Defendants shall provide the summary sales data within 14 days

11   of this order.

12           IT IS SO ORDERED.

13   Dated: October 9, 2015

14                                                    _____
                                                      KANDIS A. WESTMORE
15                                                    United States Magistrate Judge